IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ADAM DAVIDSON AND NANCY DAVIDSON § § § *Plaintiffs*, § § v. § § COLONIAL SAVINGS, COLONIAL § SAVINGS, F.A., and BRETT CHAFFIN § d/b/a BRAZOS VALLEY § CONSTRUCTION, § § *Defendant*s. § | | Civil Action No. 3:17-CV-00256 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND MOTION TO REMAND CASE TO STATE COURT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Adam Davidson and Nancy Davidson ("Plaintiffs") file this Motion for Leave to file an Amended Complaint and Motion to Remand Case back to state court. If this Court finds that leave should be granted to Plaintiffs to amend their complaint, (proposed and attached here as Exhibit 1) the complaint removes a federal claim against Defendants Colonial Savings and Colonial Savings, F.A. With that claim being removed, this Court would lack federal question jurisdiction pursuant to 28 U.S.C. § 1331, and Plaintiffs request this Court remand this case back to state court.

## I.   PLAINTIFFS' EXHIBITS

Plaintiffs file the following Exhibits with their Motion for Leave to File an Amended Complaint and Motion to Remand:

   a. Exhibit 1 – Proposed Amended Complaint
   b. Exhibit AC1 – Note
   c. Exhibit AC2 – Deed of Trust
   d. Exhibit AC3 – Mortgage Statement
   e. Exhibit AC4 – Notice of Acceleration
   f. Exhibit AC5 – Proof of Payment
   g. Exhibit AC6 – Shipment Confirmation of Check
   h. Exhibit AC7 – Purchase Letter
   i. Exhibit AC8 – Escrow Receipt
   j. Exhibit AC9 – Temporary Restraining Order
   k. Exhibit AC10 – Affidavit and Verification from Original Petition
   l. Exhibit 2 – Motion to Remand and Proposed Order

## II.   ARGUMENTS AND AUTHORITIES

1. Leave to amend should be "freely given when justice so requires." *S&W Enters., L.L.C. v. SouthTrust Bank of Alabama,* N.A., 315 F.3d 533, 535 (5th Cir. 2003) (quoting FED. R. CIV. P. 15(a)). An amendment to a pleading should be liberally allowed even if it adds an entirely new claim to the lawsuit. *Tucker v. Reading Co.*, 55 F.R.D. 327, 329 (E.D. Pa. 1972). *See also* FED. R. CIV. P. 15(a) and *Walton v. Mental Health Ass'n*, 168 F.3d 661, 665 (3d Cir. 1999). Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178 (1962). There is a strong presumption in favor granting leave to amend. *Financial Acquisition Partners, LP v. Blackwell*, 440 F.3d 278, 291 (5th Cir. 2006).

2. This request to amend is brought properly pursuant to FED. R. CIV. P. 15 *et seq*.

3. If granted leave, Plaintiffs would remove its RESPA claim/claim against Defendants Colonial Savings and Colonial Savings, F.A. regarding dual tracking.

4. This Motion is not sought for the purpose of delay, is not brought in bad faith, and will not cause any undue prejudice or surprise to Defendant. Plaintiffs, therefore, request that the Court grant leave to file their Amended Complaint attached hereto as *Exhibit 1* and *Exhibits AC1-AC10*.

## III.   CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Court grant Plaintiffs' Leave to amend their complaint, accept the proposed amended complaint, grant remand of this case back to state court, and for any other relief to which the Plaintiffs are entitled.

Respectfully submitted this 20th of September 2017,

By: */s/ Matthew W. Bourda*
Robert "Chip" C. Lane
State Bar No. 24046263
S.D. Tex. No. 570982
chip.lane@lanelaw.com
Matthew W. Bourda
State Bar No. 24091948
S.D. Tex. No. 3060099
matt.bourda@lanelaw.com
**THE LANE LAW FIRM, P.L.L.C.**
6200 Savoy Drive, Suite 1150
Houston, Texas 77036
Telephone: (713) 595-8200
Facsimile: (713) 595-8201

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

Counsel for the Plaintiffs attempted to reach out to counsel for Defendants Colonial Savings and Colonial Savings, F.A. but was unable to receive an answer as to whether or not Defendant Colonial Savings and Colonial Savings, F.A. are opposed or unopposed to the motion. No counsel has made an appearance for Brett Chaffin d/b/a Brazos Valley Construction nor has return of service been filed for the Defendant.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record list below, via the Court's CM/ECF system, on this 20th day of September 2017. Counsel for Brett Chaffin d/b/a Brazos Valley Construction has not made an appearance in the case nor has return of service been filed for the Defendant.

Mark Cronenwett
State Bar No. 00787303
S.D. Tex. No. 21340
mcronenwett@mwzmlaw.com
**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686 (Facsimile)

**ATTORNEY FOR DEFENDANTS**
**COLONIAL SAVINGS AND**
**COLONIAL SAVINGS, F.A.**

*/s/ Matthew W. Bourda*
Matthew W. Bourda