IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ADAM DAVIDSON AND NANCY DAVIDSON<br><br>*Plaintiffs,*<br><br>v.<br><br>COLONIAL SAVINGS, COLONIAL SAVINGS, F.A., and BRETT CHAFFIN d/b/a BRAZOS VALLEY CONSTRUCTION,<br><br>*Defendants.* | Civil Action No. 3:17-CV-00256 |

## ORDER REMANDING CASE

CAME ON for consideration the Plaintiffs' Motion to Remand this case back to the 149th Judicial District Court in Brazoria County, Texas. The Court has determined that pursuant to 28 U.S.C. § 1447(c), this Court no longer has subject matter jurisdiction over the above-styled case for the following reason:

1. No federal question jurisdiction, subject to 28 U.S.C. § 1331 or any form of supplemental jurisdiction exists because Plaintiffs eliminated their only federal claim in their First Amended Complaint.

2. All Defendants are not diverse to all Plaintiffs, because all parties are residents or businesses in the state of Texas. Subject matter jurisdiction under 28 U.S.C. § 1332 does not exist.

It is hereby ORDERED that:

1. The Plaintiffs' Motion to Remand is GRANTED;

2. This action is remanded to the 149th Judicial District Court of Brazoria County, Texas, effective immediately; and

3. A certified copy of this order will be mailed by the Clerk of this court to the Clerk of the 149th Judicial District Court of Collin County, Texas entitling that Court to proceed with the action according to the laws of the state of Texas.


**Signed this** February 12 , 2018

*[signature]*
THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE